In re Andrew SEARCY, Jr., Petitioner.

No. 2014–140.

United States Court of Appeals,
Federal Circuit.

July 3, 2014.

## ON PETITION

## ORDER

Andrew Searcy, Jr. submits a petition for writ of mandamus to direct the Merit Systems Protection Board (Board) to re-open one of his prior dockets, dismiss previous Veterans' Reemployment Rights Act and/or USSERA decisions, and adjudicate particular claims against Searcy.

IT IS ORDERED THAT:

The Department of Agriculture is directed to respond no later than July 17, 2014. Any other respondent may also respond by that date.